**SO ORDERED.**

**SIGNED this 5 day of January, 2022.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | BANKRUPTCY CASE |
| JOHN L. WILLIAMS and | } | NO. 17-10930-AEC |
| ROSEMARY E. WILLIAMS, | } | |
| Debtors. | } | CHAPTER 13 PROCEEDING |

SUPPLEMENTAL ORDER ON MOTION TO SELL PROPERTY

Debtors having filed with the Court a Motion to Sell Property, seeking authority to sell property located at 214 Raintree Drive, Albany, GA, for the sum of $90,000.00. Out of the proceeds of the sale, SN Servicing Corporation will be paid in full on its mortgage $70,333.23, $25.00 in recording fees will be paid, $1,590.23 will be paid to Dougherty County Tax Department, $.88 will be paid to Drew, Eckl and Farnham LLP, and the remainder of the funds, $18,050.66 will be paid to the debtors.

Notice of said motion having been served upon all creditors and other interested parties, and there being only one written objection to the sale as outlined, it is hereby

ORDERED, ADJURED AND DECREED that Debtors' Motion to Sell Property is hereby granted. The Debtors are hereby directed to sell said property in accordance with the terms outlined in the motion and the consent order agreed to with U. S. Bank Trust, National Association, as Trustee of The Bungalow Series IV Trust, who responded and shall be paid in full at the Real Estate Closing.

**END OF DOCUMENT**

Document prepared by:
Cawthon H. Custer
State Bar No. 261690
417 Pine Avenue
Albany, Georgia 31701
229/888-1105
custercusterclark@gmail.com