IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | BANKRUPTCY CASE |
| JOHN L. WILLIAMS & | } | NO. 17-10930 |
| ROSEMARY E. WILLIAMS | } | |
| 214 Raintree Drive Albany, GA 31705 | } | |
| S.S. No. XXX-XX-5369, XXX-XX-0613 | } | |
| Debtors | } | CHAPTER 13 PROCEEDING |

### NOTICE

**JOHN L. WILLIAMS AND ROSEMARY E. WILLIAMS** HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  <u>If you do not have an attorney, you may wish to consult one.</u>

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **April 13, 2022,** pursuant to FRBP 9006(f).  If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to: Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, Georgia, 31202

**If a response is filed, a hearing on the objection to your claim shall be held on:  May 10, 2022, at 2:00 p. m., at the C. B. King U. S. Courthouse, 2nd Floor Bankruptcy Courtroom, 201 Broad Avenue, Albany, Georgia, 31701.**

Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" on the Court's website (www.gamb.uscourts.gov) and refer to Administrative Orders 137 and 139 prior to the hearing for instructions on whether to appear in person or by phone.

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the objecting party.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to LBR 9004-1.

This 14th Day of March, 2022.

/s/ Cawthon H. Custer
Cawthon H. Custer
State Bar No. 261690
Attorney for Debtor

417 Pine Avenue
Albany, GA 31701
(229) 888-1105
custercusterclark@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE:<br>JOHN L. WILLIAMS &<br>ROSEMARY E. WILLIAMS<br>    Debtors | BANKRUPTCY CASE<br>NO. 17-10930<br><br>CHAPTER 13 PROCEEDING |
| JOHN L. WILLIAMS &<br>ROSEMARY E. WILLIAMS<br>    Movant,<br>vs.<br><br>US Bank Trust National Association, as,<br>Trustee of the Bungalow Series IV Trust Successor of<br>Wilmington Savings Fund Society FSB As trustee of<br>Stanwich Mortgage Loan Trust<br>    Respondent. | **OBJECTION TO CLAIM NO. 9** |

COMES NOW the Debtor, **JOHN L. WILLIAMS AND ROSEMARY E. WILLIAMS**, in the above captioned action and objects to the claim number 9 filed by the US Bank Trust National Association in the above action.

-1-

Debtor filed a Chapter 13 bankruptcy on July 11, 2017.

-2-

The US Bank Trust National Association filed a proof of claim showing a secured claim for $90,440.62.

-3-

Debtor objects to the claim because house was sold and the mortgage was paid off reduced to $0.00.

WHEREFORE, Debtor objects to the proof of claim filed by the US Bank Trust National Association and moves that the secured claim for Debtor's mortgage be reduced to $0.00.

This 14th day of March, 2022.

/s/ Cawthon H. Custer
Cawthon H. Custer
State Bar No. 261690
Attorney for Debtor

417 Pine Avenue
Albany, Georgia 31701
(229) 888-1105
custercusterclark@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE:<br>JOHN L. WILLIAMS &<br>ROSEMARY E. WILLIAMS<br>    Debtors | }<br>}<br>}<br>}<br>} | BANKRUPTCY CASE<br>NO. 17-10930<br><br>CHAPTER 13 PROCEEDING |
| JOHN L. WILLIAMS &<br>ROSEMARY E. WILLIAMS<br>    Movant,<br>vs.<br><br>US Bank Trust National Association, as,<br>Trustee of the Bungalow Series IV Trust Successor of<br>Wilmington Savings Fund Society FSB As trustee of<br>Stanwich Mortgage Loan Trust<br>    Respondent. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | **OBJECTION TO CLAIM NO. 9** |

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of this document by depositing in the United States Mail with sufficient First Class Postage to ensure delivery upon the parties below who are not served by the Court's electronic filing system:

- Jonathan W. DeLoach, Trustee, P. O. Box 1907, Columbus, GA 31902
- John L. Williams & Rosemary E. Williams 214 Raintree Drive Albany, GA 31705
- US Bank Trust National Association C/O SN Servicing Corporation 323 5th St. Eureka, CA 95501

This 14th day of March, 2022.

/s/ Cawthon H. Custer
Cawthon H. Custer
State Bar No. 261690
Attorney for Debtor

417 Pine Avenue
Albany, Georgia 31701
(229) 888-1105
custercusterclark@gmail.com